LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARRYN OKUNA, | Case No.: 1:11-cv-00207-DAE -RLP |
| Plaintiff, | |
| v. | |
| RESURGENT CAPITAL SERVICES, L.P., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

NOW COMES the Plaintiff, DARRYN OKUNA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

      Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter. Plaintiff also specifically requests that this honorable court vacate the Scheduling Conference set for June 27, 2011 at 9:00 a.m. before Magistrate Judge Richard L. Puglisi.

                                          Respectfully Submitted,

DATED:  June 20, 2011                  KROHN & MOSS, LTD.

                                      By:  /s/ Leslie K. Iczkovitz
                                          Leslie K. Iczkovitz, Esq.
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on June 20, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                                          By:  /s/ Leslie K. Iczkovitz
                                          Leslie K. Iczkovitz, Esq.
                                          Attorney for Plaintiff