LESLIE K. ICZKOVITZ  # 2393
Law Offices of Leslie K. Iczkovitz
1350 Ala Moana Boulevard, Suite 1508
Honolulu HI 96814
Tel: (808) 523-8449
Fax: (808) 356-0832
Email: lesisko@aol.com

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARRYN OKUNA, | Case No.: 1:11-cv-00207-DAE -RLP |
| Plaintiff, | |
| v. | |
| RESURGENT CAPITAL SERVICES, L.P., | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

DARRYN OKUNA (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, RESURGENT CAPITAL SERVICES, L.P. (Defendant), in this case.

Respectfully Submitted,

DATED:  August 26, 2011                KROHN & MOSS, LTD.

By: /s/ Leslie K. Iczkovitz
Leslie K. Iczkovitz, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on August 26, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Leslie K. Iczkovitz
Leslie K. Iczkovitz, Esq.
Attorney for Plaintiff